**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **CKA Enterprises LLC** | |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Self Made Traning Facility Hollywood**<br>**DBA  Self MAde Training Facility. Los Angeles** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-0580714** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1128 Highland Ave.**<br>**Los Angeles, CA 90038**<br>Number, Street, City, State & ZIP Code | **9050 Martindale Ave.**<br>**Sun Valley, CA 91352**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**1128 Highland Ave. Los Angeles, CA 90038**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://hollywood.selfmadetrainingfacility.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **CKA Enterprises LLC**
     Name                                                  Case number (if known)

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7112

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:

        - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        - ☐ A plan is being filed with this petition.

        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

Debtor    **CKA Enterprises LLC**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1,
attach a separate list

Debtor _____    Relationship _____

District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

| | |
|---|---|
| █████ | **Statistical and administrative information** |

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 | |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **CKA Enterprises LLC**                                    Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **CKA Enterprises LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/27/2025
                     MM / DD / YYYY

X _____          **Christopher Alcala**
Signature of authorized representative of debtor          Printed name

Title   **CEO**

**18. Signature of attorney**

X   /s/ Kevin Tang                                          Date _____
Signature of attorney for debtor                              MM / DD / YYYY

**Kevin Tang**
Printed name

**Tang & Associates**
Firm name

**17011 Beach Blvd Suite 900**
**Huntington Beach, CA 92647**
Number, Street, City, State & ZIP Code

Contact phone   **714-594-7022**          Email address   **kevin@tang-associates.com**

**291051 CA**
Bar number and State

**United States Bankruptcy Court**
**Central District of California**

In re  CKA Enterprises LLC

Debtor(s)

Case No. _____

Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Christopher Alcala, declare under penalty of perjury that I am the CEO of CKA Enterprises LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 27th day of January , 2025 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Christopher Alcala, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Christopher Alcala, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Christopher Alcala, CEO of this Corporation is authorized and directed to employ Kevin Tang, attorney and the law firm of Tang & Associates to represent the corporation in such bankruptcy case."

Date  1/27/2025

Signed _____
Christopher Alcala

Resolution of Board of Directors
of
**CKA Enterprises LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Christopher Alcala, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Christopher Alcala, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Christopher Alcala, CEO** of this Corporation is authorized and directed to employ **Kevin Tang**, attorney and the law firm of **Tang & Associates** to represent the corporation in such bankruptcy case.

Date  1/27/2025 _____          Signed _____

Date  _____          Signed _____

Fill in this information to identify the case:

Debtor name     **CKA Enterprises LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _____
Signature of individual signing on behalf of debtor

**Christopher Alcala**
Printed name

**CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CKA Enterprises LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BRJB Highland Avenue Partners, LLC 6545 Oakhurst Circle Huntington Beach, CA 92648** | | **Settlement and back rent.** | | | | $164,337.91 |
| **Christopher & Kaitlyn Alcala 9050 Martindale Ave. Sun Valley, CA 91352** | | **Money loaned to LLC as startup funds.** | | | | $850,000.00 |

## United States Bankruptcy Court
### Central District of California

In re    **CKA Enterprises LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Alcala**<br>**9050 Martindale Ave.**<br>**Sun Valley, CA 91352** | **Class A** | **5,000 Shares** | **50%** |
| **Kaitlyn Mae Alcala**<br>**9050 Martindale Ave.**<br>**Sun Valley, CA 91352** | **Class A** | **5,000 Shares** | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____01/27/2025_____    Signature _____
                                            Christopher Alcala

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Sun Valley, CA**_____, California.

Date:   01/27/2025

Christopher Alcala
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **CKA Enterprises LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................    $ ____221,465.19

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................    $ ____221,465.19

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ ____167,459.32

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ ____1,014,337.91

4.    Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b    $ ____1,181,797.23

**Fill in this information to identify the case:**

Debtor name **CKA Enterprises LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Chase Checking Account. Ending x9817** | **$19,886.57** |
| 7.2. | **City National Bank Checking. Ending x8325** | **$128.62** |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.     **$20,015.19**

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

| Debtor | **CKA Enterprises LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Various beverages for resale.** | | $0.00 | | $350.00 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $350.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value       600.00    Valuation method    **Retail**       Current Value       600.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **1 Chair, 1 Desk** | $0.00 | **Replacement** | $350.00 |

| Debtor | **CKA Enterprises LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| 1 Point of Sale System. | $0.00 | Replacement | $250.00 |
| 2 Refridgerators | $0.00 | | $500.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$1,100.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Leased Vehicle. 2023 BMW 740 - 15,000 miles. Approx. Value $80,294.00** | $0.00 | Comparable sale | $0.00 |
| 47.2. **Leased Vehicle. 2023 BMW x7 xDrive 40i- 8,000 miles - Approx. value $69,323.00** | $0.00 | Comparable sale | $0.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Gym Equipment - See Attachment to Schedule A/B. Orig. Purchase amount of $249,861.00 in March 2021. Currently aggregate resale value approx. $200,000.00** | $0.00 | Replacement | $200,000.00 |

| Debtor | **CKA Enterprises LLC** | | Case number *(If known)* _____ |
|---|---|---|---|
| | Name | | |

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$200,000.00

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** | | | |
| **62.**  **Licenses, franchises, and royalties** **Franchise for Self Made Training Facility** | $0.00 | | $0.00 |
| **63.**  **Customer lists, mailing lists, or other compilations** **Name, Address, Email, and Payment information.** | $0.00 | N/A | $0.00 |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** | | | |

**66.**  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☐ No
■ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **CKA Enterprises LLC** | Case number *(If known)* |
| --- | --- | --- |
| | Name | |

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **CKA Enterprises LLC**                                        Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,015.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $350.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $221,465.19 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $221,465.19 |

Attachment to Schedule A/B - Itemized List of Gym Equipment

| Article | DESCRIPTION | QTY |
|---|---|---|
| FG-602 | FOREMAN SEATED ROW, PLATE LOADED | 1 |
| FG-608 | FOREMAN LAT PULL DOWN, PLATE LOADED | 1 |
| FG-609 | FOREMAN SEATED CHEST PRESS, PLATE LOADED | 1 |
| FG-610 | FOREMAN SHOULDER PRESS, PLATE LOADED | 1 |
| FG-611 | FOREMAN INCLINE CHEST PRESS, PLATE LOADED | 1 |
| FG-612 | FOREMAN ISO LATERAL ROW, PLATE LOADED | 1 |
| FG-613 | FOREMAN SHRUG/DEAD LIFT | 1 |
| FLY-212 | FOREMAN BELT SQUAT MACHINE | 1 |
| FLY-216 | FOREMAN HIGH/LOW LAT PULL | 1 |
| FLY-217 | FOREMAN HORIZONTAL ROW | 1 |
| FLY-225 | FOREMAN HIP THRUSTER | 1 |
| FM-808 | FOREMAN FUNCTIONAL TRAINER | 1 |
| FN-101 | FOREMAN LEG EXTENSION | 1 |
| FN-103 | FOREMAN LYING LEG CURL | 1 |
| FN-117 | FOREMAN GLUTE MACHINE | 1 |
| FN-120 | FOREMAN HIP ADDUCTOR | 1 |
| FN-121 | FOREMAN HIP ABDUCTOR | 1 |
| FN-315 | FOREMAN REAR DELT/PEC FLY | 1 |
| FP-105 | FOREMAN LEG PRESS | 1 |
| FP-106 | FOREMAN HACK SQUAT | 1 |
| FP-111 | FOREMAN SEATED CALF | 1 |
| FP-310 | FOREMAN INCLINE LEVER ROW | 1 |
| FP-804 | FOREMAN SMITH MACHINE (STRAIGHT) | 1 |
| FP-805 | FOREMAN SMITH MACHINE (INCLINE) | 1 |
| FR-811 | FOREMAN DUMBBELL RACK 5 PAIR | 1 |
| FR-812 | FOREMAN DUMBBELL RACK 10 PAIR | 4 |
| FR-816 | FOREMAN WEIGHT PLATE TREE | 1 |
| FR-818 | FOREMAN ACCESSORY RACK | 1 |
| FR-821 | FOREMAN KETTLEBELL RACK | 2 |
| FW-116 | FOREMAN SQUAT BENCH | 1 |
| FW-208 | FOREMAN PREACHER CURL (STANDING) | 1 |
| FW-308 | FOREMAN HYPEREXTENSION | 1 |
| FW-410 | FOREMAN OLYMPIC SUPINE BENCH | 2 |
| FW-411 | FOREMAN OLYMPIC INCLINE BENCH | 1 |
| FW-413 | FOREMAN OLYMPIC MILITARY BENCH | 1 |
| FW-512 | FOREMAN AB CRUNCH | 1 |
| FW-702 | FOREMAN SUPER BENCH 0-90 DEGREE | 5 |
| FW-703 | FOREMAN UTILITY BENCH | 1 |
| FY-475.52 | FOREMAN DIP ATTACHMENT | 1 |
| FY-1220 | FOREMAN 12 STATION | 1 |
| FY-1297.12 | FOREMAN MAT AREA FENCEING | 1 |
| OR-66 | FOREMAN BOXING RING 6 X 6 | 1 |
| FY-1484 | FOREMAN BARBELL RACK | 2 |

| | | |
|---|---|---|
| FY-517.5 | FOREMAN HALF SIZE BAG RACK W SPEEDBALL PLATFORM | 1 |
| FY-551 | FOREMAN SLED | 2 |
| FY-624 | FOREMAN POWER STATION WITH PLATFORM | 2 |
| FO-02 | FOREMAN BACK EXTENSION | 1 |
| FO-03 | FOREMAN LOW ROW | 1 |
| FO-04 | FOREMAN BENCH PRESS | 1 |
| FO-05 | FOREMAN SHOULDER PRESS | 1 |
| FO-06 | FOREMAN DIP BARS | 1 |
| FO-07 | FOREMAN ABDOMINAL BENCH | 1 |
| FO-08 | FOREMAN SHRUG/SQUAT | 1 |
| FO-09 | FOREMAN CHIN/DIP ASSIST | 1 |
| FO-10 | FOREMAN LEG PRESS | 1 |
| FO-11 | FOREMAN BICEPS | 1 |
| FO-12 | FOREMAN TRICEPS EXTENSION | 1 |
| FO-01 | SUPPORT PILLAR FOR TRAINING EQUIPMENT | 11 |
| GLIDE | GLIDEBOXX V1 | 1 |
| BM | BOXMASTER | 2 |
| TATAMI | MMA TATAMI MATS 1.5"x 39.375" x 78.75", 13 RED 15 BLACK | 21 |
| TATWALL | MMA WALL MATS | 26 |
| HDT | HEAVY DUTY DOUBLE SIDED TRAP BAR | 2 |
| 10TRX | FREE RUNNER 10 SERIES TREADMILL | 2 |
| 10G | GAUNTLET 10 SERIES | 2 |
| 8VS | VERSASTRIDER W/LCD | 1 |
| ROWER-02 | SKI-ROW AIR=POWER | 1 |
| HIITM | HIITMILL X W/CONSOLE | 1 |
| HIITB | HIIT BIKE | 2 |
| HIITR | HIIT ROWER | 1 |
| reACT R1 | RAPID ECCENTRIC ANAEROBIC STRENGTH,CORE TRAINER | 1 |
| 3S400 | FOREMAN 3 COMPARTMENT LCCKER | 30 |
| HPLS | FOREMAN HPL SHOE CUBBIE | 1 |
| HPLS-S | FOREMAN HPL SHOE CUBBIE SHORT UNDER RING | 2 |
| FMT-W/7 | CORESTIX PRO | 1 |
| SRAS | STANDING ROPE ANCHOR/STORAGE | 2 |
| | **PLATES** | |
| 10 | BP BUMPER URETHANE PLATE - LBS , WITH RED SIIITF LOGO | 8 |
| 25 | BP BUMPER URETHANE PLATE - LBS , WITH RED SIIITF LOGO | 12 |
| 45 | BP BUMPER URETHANE PLATE - LBS , WITH RED SIIITF LOGO | 16 |
| 2.5 | ADD ON PLATE - LB | 2 |
| 5 | ADD ON PLATE - LB | 2 |
| 5 | TECHNIQUE PLATES - LB | 2 |
| 10 | TECHNIQUE PLATES - LB | 2 |
| 5 | CAST IRON PLATE - LB (WITH RED SIIITF LOGO) | 50 |
| 10 | CAST IRON PLATE - LB (WITH RED SIIITF LOGO) | 50 |
| 25 | CAST IRON PLATE - LB (WITH RED SIIITF LOGO) | 60 |
| 45 | CAST IRON PLATE - LB (WITH RED SIIITF LOGO) | 100 |
| | **DUMBBELLS** | |
| 25 pairs | LZ URETHANE DUMBBELLS SET 5 -125 LBS, RED SIIITF LOGO | 1 |

| | | |
|---|---|---|
| 10 pairs | LZ URETHANE DUMBBELLS SET 7.5 -52.5 LBS, RED SIIITF LOGO | 1 |
| 5 pairs | LZ URETHANE DUMBBELLS SET 130 -150 LBS, RED SIIITF LOGO | 1 |
| 5 pairs | LZ URETHANE DUMBBELLS 5-25 LBS, RED SMTYF LOGO | 1 |
| | **BARBELLS** | |
| 10 Bars | LZ URETHANE BARBELLS SET-STRAIGHT 20 -110 LBS,RED SIIITF LOGO | 1 |
| 10 Bars | LZ URETHANE BARBELLS SET, EZ CURL 20 -110 LBS, RED SIIITF LOGO | 1 |
| | LASER ENGRAVED LOGOS | 268 |
| | **KETTLEBELLS** | |
| 4 | COMPETITION KETTLEBELL - KG | 1 |
| 8 | COMPETITION KETTLEBELL - KG | 1 |
| 12 | COMPETITION KETTLEBELL - KG | 1 |
| 16 | COMPETITION KETTLEBELL - KG | 1 |
| 20 | COMPETITION KETTLEBELL - KG | 1 |
| 24 | COMPETITION KETTLEBELL - KG | 1 |
| 28 | COMPETITION KETTLEBELL - KG | 1 |
| 32 | COMPETITION KETTLEBELL - KG | 1 |
| 36 | COMPETITION KETTLEBELL - KG | 1 |
| 40 | COMPETITION KETTLEBELL - KG | 1 |
| | CAST IRON KETTLEBELL KG, SET 4-40KG | 1 |
| | 4,8,12,16,20,24,28,32,36,40 KG | |
| | **BARS** | |
| | HC HARD CHROME BAR - EZ CURL | 3 |
| HD-x | MULTI PURPOSE POWER LIFTING BAR | 9 |
| | FAT BAR | 1 |
| | **ACCESSORY ITEMS** | |
| CI - 1 | CAST IRON COLLAR (PAIRS) | 4 |
| TVB - 12 | TRICEPS BAR | 1 |
| TR - 29 | TRICEPS ROPE | 2 |
| RCB - 28 | REVOLVING CURL BAR | 1 |
| RSB - 18 | REVOLVING BAR | 1 |
| RPB - 34 | PARALLED GRIP BAR | 1 |
| CT - 1 | SQUAT BAR PAD | 2 |
| TX-37 | TRICEPS X BAR | 1 |
| | MUSCLE CLAMPS | 6 |
| | FOAM PLYO BOX SET OF THREE | 1 |
| | BOSU BALL TRAINIER | 2 |
| | SUPERBAND 1/2 BLACK " | 2 |
| | INFINITY TRAINER | 6 |
| | GRAY COOK CABLE BAR 36 " | 2 |
| | EXTRA 8' SAFETY SLEEVE TUBING FOR THE CAT | 2 |
| | WOOD RINGS SET | 1 |
| | EXERCISE WHEEL | 1 |
| | DELUXE AB STRAPS (PAIR) | 1 |
| | EXTREME 10LB WEIGHTED VEST | 2 |
| | ELITE 6 MOLDED FOAM ROUND ROLLER BLACK 3' " | 6 |
| | 6 TIER FOAM ROLLER WALL RACK | 1 |
| | FITNESS MAT W/ EYELETS 48X 20" BLACK " | 6 |

| | | |
|---|---|---|
| | ADJUSTABLE MAT HANGING RACK | 1 |
| | BATTLE ROPE 40', BLACK 1.5" WITH NYLON COVER | 1 |
| | BATTLE ROPE 50', BLACK 2" WITH NYLON COVER | 1 |
| | BATTLE ROPE HANGER | 2 |
| | SPEED ROPE | 3 |
| | ABC LADDER 30' LONG | 2 |
| | 9 INCH EXTREME JAM BALL ONE EACH 10, 15, 20, 25LB | 1 |
| | 11 INCH EXTREME JAM BALL ONE EACH 40, 60, 85, 100LB | 1 |
| | SMTF PRO LONG PUNCHING BAG | 4 |
| | SMTF PRO MUAY THAI PEAR BAG | 2 |
| | IN BODY COMPOSITION ANALYSIS | 1 |
| | SMTF SOLID STEEL FRONT DESK | 1 |

| Fill in this information to identify the case: |
|---|

Debtor name **CKA Enterprises LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

### 2.1 BMW Financial Services

|  |  | **$44,611.00** | **$80,294.00** |
|---|---|---|---|

Creditor's Name

**Po Box 78066
Phoenix, AZ 85062-8066**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Leased Vehicle. 2023 BMW 740 - 15,000 miles. Approx. Value $80,294.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.2 BMW Financial Services

|  |  | **$36,940.00** | **$69,323.00** |
|---|---|---|---|

Creditor's Name

**Po Box 78066
Phoenix, AZ 85062-8066**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Leased Vehicle. 2023 BMW x7 xDrive 40i- 8,000 miles - Approx. value $69,323.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | CKA Enterprises LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Hamni Bank** | Describe debtor's property that is subject to a lien | $85,908.32 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Gym Equipment - See Attachment to Schedule A/B. Orig. Purchase amount of $249,861.00 in March 2021. Currently aggregate resale value approx. $200,000.00**

**1107 E Pioneer Parkway
Arlington, TX 76010**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number
4361**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $167,459.32

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **CKA Enterprises LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164,337.91 |
| | **BRJB Highland Avenue Partners, LLC** | ☐ Contingent | |
| | **6545 Oakhurst Circle** | ☐ Unliquidated | |
| | **Huntington Beach, CA 92648** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: **Settlement and back rent.** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850,000.00 |
| | **Christopher & Kaitlyn Alcala** | ☐ Contingent | |
| | **9050 Martindale Ave.** | ☐ Unliquidated | |
| | **Sun Valley, CA 91352** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: **Money loaned to LLC as startup funds.** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1    **BRJB Highland Avenue Partners, LLC**<br>**c/o SSL Law Firm LLP**<br>**505 Montgomery St, Ste 620**<br>**San Francisco, CA 94111** | Line **3.1**<br>☐ Not listed. Explain ___ | ___ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.    $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 1,014,337.91 |

Debtor    **CKA Enterprises LLC**
                    Name                                                                    Case number (if known)

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                                                    5c.    $                    1,014,337.91

| Fill in this information to identify the case: |
|---|

Debtor name   **CKA Enterprises LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **2023 BMW 7 Series.** <br><br> State the term remaining    **24 Months** <br><br> List the contract number of any government contract   _____ | **BMW Financial Services** <br> **Po Box 78066** <br> **Phoenix, AZ 85062-8066** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **2023 BMW x7** <br><br> State the term remaining    **24 Months** <br><br> List the contract number of any government contract   _____ | **BMW Financial Services** <br> **Po Box 78066** <br> **Phoenix, AZ 85062-8066** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of 1118-1124 N and 1128 N Highland Avenue, Los Angeles, CA 90038.** <br> **Approx. 76 Months** <br><br> State the term remaining <br><br> List the contract number of any government contract   _____ | **BRJB Highland Avenue Partners LLC** <br> **6545 Oakhurst Circle** <br> **Huntington Beach, CA 92648** |

**Fill in this information to identify the case:**

Debtor name    **CKA Enterprises LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christopher Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **BRJB Highland Avenue Partners, LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.2 | **Christopher Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **Hamni Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kaitlyn Mae Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **BRJB Highland Avenue Partners, LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.4 | **Kaitlyn Mae Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **Hamni Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Christopher Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **BMW Financial Services** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

| Debtor | **CKA Enterprises LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Christopher Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **BRJB Highland Avenue Partners LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.3__ |
| 2.7 | **Kaitlyn Mae Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **BMW Financial Services** | ☐ D ____<br>☐ E/F ____<br>■ G __2.2__ |
| 2.8 | **Kaitlyn Mae Alcala** | **9050 Martindale Ave. Sun Valley, CA 91352** | **BRJB Highland Avenue Partners LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.3__ |

**Fill in this information to identify the case:**

Debtor name **CKA Enterprises LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$56,379.40** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$850,475.34** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$770,934.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **CKA Enterprises LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Hamni Bank** <br> **1107 E Pioneer Parkway** <br> **Arlington, TX 76010** | **11/2024-1/20 25** | **$8,700.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.2. **BRJB Highland Avenue Partners, LLC** <br> **6545 Oakhurst Circle** <br> **Huntington Beach, CA 92648** | **11/2024-1/20 25** | **$241,284.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Rent and Settlement funds** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **BRJB Highland Avenue Partners LLC v CKA Enterprices LLC, et al 24STCV11749** | **Civil** | **Superior Court of California - LA County of Los Angeles 111 N Hill St. Los Angeles, CA 90012** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **CKA Enterprises LLC** | Case number *(if known)* | |

---

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Tang & Associates<br>17011 Beach Blvd Suite 900<br>Huntington Beach, CA 92647 | Attorney Fees $20,000.00; Filing Fee $1,738.00 | 1/27/2025 | $21,738.00 |
| | Email or website address<br>kevin@tang-associates.com | | | |
| | Who made the payment, if not debtor? | | | |

---

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

Debtor    **CKA Enterprises LLC**                                          Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Names, Address, emails.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | CKA Enterprises LLC | Case number *(if known)* |
|---|---|---|

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

| Debtor | **CKA Enterprises LLC** | Case number *(if known)* | |
|---|---|---|---|

Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Better Accounting Solutions Inc.** **5503 Cahuenga Blvd. Suite 201** **North Hollywood, CA 91601** | **2023-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Better Accounting Solutions Inc.** **5503 Cahuenga Blvd. Suite 201** **North Hollywood, CA 91601** | **2023-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Better Accounting Solutions Inc.** **5503 Cahuenga Blvd. Suite 201** **North Hollywood, CA 91601** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher Alcala** | **9050 Martindale Ave.** **Sun Valley, CA 91352** | **President & CEO - Share Holder** | **50%** |

| Debtor | CKA Enterprises LLC | Case number *(if known)* | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kaitlyn Mae Alcala | 9050 Martindale Ave. Sun Valley, CA 91352 | Member - Share Holder | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Christopher Alcala** 9050 Martindale Ave. Sun Valley, CA 91352 | $36,325 | 2024 | Owners Draw |
| | **Relationship to debtor** 50% Owner | | | |
| 30.2. | **Kaitlyn Mae Alcala** 9050 Martindale Ave. Sun Valley, CA 91352 | $36,325 | 2024 | Owners draw. |
| | **Relationship to debtor** 50% Owner | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **CKA Enterprises LLC**                                    Case number *(if known)* _____

---

<span style="background-color:black;color:white">**Part 14:**</span>   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      01/27/2025

_____          **Christopher Alcala** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __CKA Enterprises LLC__ _____    Case No. _____
_____    Debtor(s)    Chapter __11__ _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **To be determined based on Fee Application and court approval** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **To be determined** |

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__January 28, 2025_____        /s/ Kevin Tang_____
_Date_                                          **Kevin Tang**
                                                _Signature of Attorney_
                                                **Tang & Associates**
                                                **17011 Beach Blvd Suite 900**
                                                **Huntington Beach, CA 92647**
                                                **714-594-7022  Fax: 714-421-4439**
                                                **kevin@tang-associates.com**
                                                _Name of law firm_

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Kevin Tang**
**17011 Beach Blvd Suite 900**
**Huntington Beach, CA 92647**
**714-594-7022 Fax: 714-421-4439**
**California State Bar Number: 291051 CA**
**kevin@tang-associates.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**CKA Enterprises LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  **2**   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____

_____
**Christopher Alcala**
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

CKA Enterprises LLC
9050 Martindale Ave.
Sun Valley, CA 91352


Kevin Tang
Tang & Associates
17011 Beach Blvd Suite 900
Huntington Beach, CA 92647


BMW Financial Services
Po Box 78066
Phoenix, AZ 85062-8066


BRJB Highland Avenue Partners LLC
6545 Oakhurst Circle
Huntington Beach, CA 92648


BRJB Highland Avenue Partners, LLC
6545 Oakhurst Circle
Huntington Beach, CA 92648


BRJB Highland Avenue Partners, LLC
c/o SSL Law Firm LLP
505 Montgomery St, Ste 620
San Francisco, CA 94111


Christopher & Kaitlyn Alcala
9050 Martindale Ave.
Sun Valley, CA 91352


Christopher Alcala
9050 Martindale Ave.
Sun Valley, CA 91352

Hamni Bank
1107 E Pioneer Parkway
Arlington, TX 76010


Kaitlyn Mae Alcala
9050 Martindale Ave.
Sun Valley, CA 91352

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kevin Tang**<br>**17011 Beach Blvd Suite 900**<br>**Huntington Beach, CA 92647**<br>**714-594-7022 Fax: 714-421-4439**<br>California State Bar Number: **291051 CA**<br>kevin@tang-associates.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **CKA Enterprises LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Kevin Tang**                                                        , the undersigned in the above-captioned case, hereby declare
              *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
         *[For additional names, attach an addendum to this form.]*

b.      ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **January 28, 2025** | By: **/s/ Kevin Tang** |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name: **Kevin Tang** |
| | Printed name of Debtor, or attorney for Debtor |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**